In the Matter of COLONIAL BEACON OIL COMPANY, INCORPORATED, Appellant, against JAMES F. FINN, as Superintendent of Buildings of the City of Albany, et al., Respondents.

(Argued January 24, 1936; decided March 3, 1936.)

*Patrick C. Dugan* and *John J. McManus* for appellant.
*George A. Reilly, Corporation Counsel (Robert E. Whalen* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.